UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2012 OCT 19 PM 2: 13

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JACQUELINE MENDOZA (3),<br><br>　　　　　　　　　　　Defendant. | CASE NO. 12CR2328-DMS<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

_X_　the Court has granted the motion of the Government for dismissal without prejudice; or

____　the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) as charged in the Information:

　　　8 USC 1324(a)(1)(iv) and (v)(II)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:　October 19, 2012

　　　　　　　　　　　　　　　　　　　　Hon. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE